IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SUPPRESSED**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 16-30077-DRH |
| Plaintiff, ) | |
| ) | Title 18, |
| vs. ) | United States Code, |
| ) | Sections 2251(a) and (e) and 2253 |
| RICARDO VASQUEZ, ) | |
| ) | **FILED UNDER SEAL** |
| Defendant ) | |

**FILED JUN 2 2 2016**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**PRODUCTION OF CHILD PORNOGRAPHY**

From between February 17, 2015 to February 19, 2015, in St. Clair County, Illinois, within the Southern District of Illinois,

**RICARDO VASQUEZ,**

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, E.S., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and attempted to do so, that being a digital photograph of that minor's genitals, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

**FORFEITURE ALLEGATION**

Upon conviction for the offense charged defendant, **RICARDO VASQUEZ**, shall forfeit to the United States, pursuant to Title 18, United States Code 2253, any and all material that

1

contained any images of child pornography and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the aforementioned offenses.

The property that is subject to forfeiture referred to above includes, but is not limited to, the following: a Samsung cell phone, Model # SGH-T#99N, serial number T399NUVUANK3.

A TRUE BILL

_____
LAURA REPPERT
Assistant United States Attorney

_____
JAMES L. PORTER
Acting United States Attorney

Recommended Bond: Detention