IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**RICARDO VASQUEZ,**

**Defendant.**                                                     No. 16-30077-DRH

### ORDER

**HERNDON, District Judge**:

Now before the Court is defendant Vaquez's motion to continue trial (Doc. 13). Defendant states that he needs additional time for pretrial matters and to prepare for trial. The government does not object. The Court being fully advised in the premises finds that defendant needs additional time. The Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant in a speedy trial. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice.

Therefore, the Court **GRANTS** defendant's motion to continue trial (Doc. 13). The Court **CONTINUES** the jury trial scheduled for October 31, 2016 to **January 23, 2017 at 9:00 a.m.** The time from the date when the motion was filed, October 25, 2016, until the date to which the trial is rescheduled, January 23, 2017, is

excludable time for the purposes of speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 27th day of October, 2016.

Judge Herndon
2016.10.27
12:47:58 -05'00'

United States District Court

2