IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 16-CR-30077-DRH |
| | ) | |
| RICARDO VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

Comes now Donald S. Boyce, United States Attorney for the Southern District of Illinois, and Laura V. Reppert, Assistant United States Attorney for said District, and enters into the following Stipulation of Facts with Defendant:

1. On February 24, 2015, the Millstadt Police Department received a call from an individual who stated that she had found her minor daughter (born in 2001) in possession of a cell phone and saw pornographic photos and text messages of an "adult nature" on that cell phone. The cell phone was turned over to the police.

2. A search of that cell phone showed text messages between the female minor and "Rick." In those text messages, "Rick," using the phone number (773) 966-xxxx, requested photographs of the female minor's vagina. A photograph of the female minor's vagina was sent to "Rick" on February 19, 2015.

3. The female minor was interviewed. She stated that she met "Rick" in a chat room. She stated that "Rick" told her he lived near Chicago and was in his 40s. She said that "Rick" also told her that he wanted to meet her but he had been in trouble before for talking to younger girls and was on probation. She stated that "Rick" sent her the cell phone and he had asked her for pictures of her genitalia.

4. Further investigation identified Defendant as "Rick." Defendant was interviewed and admitted that he had sent the cell phone to the female minor. He acknowledged that he knew she was thirteen years old and admitted receiving approximately four pictures from her.

5. The cell phone the female minor possessed and used to send photographs to Defendant was a Samsung brand cell phone, which had been transported across state lines or in foreign commerce.

6. This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the Defendant's guilty plea and is not necessarily an exhaustive account of the incident.

7. Relevant events occurred within the Southern District of Illinois.

DONALD S. BOYCE
United States Attorney

_____
RICARDO VASQUEZ
Defendant

_____
LAURA V. REPPERT
Assistant United States Attorney

_____
DANIEL CRONIN
Attorney for Defendant

Date: 5-5-17

Date: 5/5/17