**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.           CRIMINAL NO. 16-CR-30077-DRH

RICARDO VASQUEZ,

      Defendant.

**ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
(FINAL ORDER OF FORFEITURE)**

On May 18, 2017, this Court entered an Order for forfeiture against defendant Ricardo Vasquez [Doc. 31] which provided for the forfeiture of the following property which had been seized from defendant Ricardo Vasquez:

**One Samsung cell phone, Model #SGH-T#99N, serial number T399NUVUANK3.**

The Order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(7).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning May 22, 2017, and ending June 20, 2017, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has

clear title to the above-described property that is the subject of the Order of Forfeiture [Doc. 31] filed on May 18, 2017, namely:

**One Samsung cell phone, Model #SGH-T#99N, serial number T399NUVUANK3.**

The United States Marshal or the Federal Bureau of Investigation shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the United States Marshal or the Federal Bureau of Investigation.

**DATE: September 5, 2017**

Digitally signed by Judge David R. Herndon
Date: 2017.09.05 16:21:40 -05'00'

**United States District Judge**